183 So. 923

Blue, alias Frank E., NELSON v. STATE.
6 Div. 364.

Court of Appeals of Alabama.
Aug. 3, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.